IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH K. BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV445 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to submit amended complaint (Filing No. 16). The Court will grant the motion. Accordingly,

IT IS ORDERED:

1) Plaintiff's motion to submit amended complaint is granted. The clerk of court shall file the amended complaint as submitted.

2) Summons shall be served with the amended complaint.

3) After service of process is complete, defendant shall have rule time to respond.

DATED this 16th day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court