IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH K. BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV445 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER TO SHOW CAUSE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that plaintiff Joseph K. Burke show cause in writing not later than July 20, 2011 why this action should not be dismissed for failure to prosecute this lawsuit.

The order to show cause will stand submitted upon the filing of plaintiff's response. Failure to file a timely response is deemed consent to the dismissal without prejudice of this action as to the above defendant.

DATED this 29th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court