IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH K. BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV445 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension of time to show cause (Filing No. 26). The Court will grant the motion. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until August 26, 2011, to show cause why this action should not be dismissed for failure to prosecute.

DATED this 26th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court