IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOSEPH K. BURKE,                )
                                )
            Plaintiff,          )       8:10CV445
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )       ORDER
Commissioner of Social          )
Security Administration,        )
                                )
            Defendant.          )
_____)
```

       This matter is before the Court on plaintiff's motion for extension of time to seek council (sic) to show cause (Filing No. 28). The Court notes this case was filed on November 29, 2010. Plaintiff has not filed a brief in support of his complaint as ordered by the Court (Filing No. 24). He has sought and received several extensions of time. The Court will grant the motion, but plaintiff is advised no further extensions will be granted. Accordingly,

       IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until October 3, 2011, to obtain counsel or file a brief in support of his complaint. No further extensions will be granted, and the case will be deemed submitted.

       DATED this 1st day of September, 2011.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
       LYLE E. STROM, Senior Judge
       United States District Court