IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JOSEPH K. BURKE,                )
                                )
          Plaintiff,            )        8:10CV445
                                )
     v.                         )
                                )
MICHAEL J. ASTRUE,              )          ORDER
Commissioner of Social          )
Security Administration,        )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on defendant's motion for extension of time to respond to plaintiff's brief (Filing No. 31). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until December 2, 2011, to respond to plaintiff's brief.

DATED this 2nd day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court